DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| | | | |
|---|---|---|---|
| 462A14 | Aaron Byrd and Eric Coombs v. Franklin County, North Carolina | Motion by Robin T. Currin to Withdraw as Counsel | Allowed |
| 465P14 | State v. Kawana Spruill and Richard Conoley Chapman | Defs' PDR Under N.C.G.S. § 7A-31 (COA14-369) | Denied |
| 468P14 | State v. Ryan Albert Cox | 1. Def's Pro Se PDR Under N.C.G.S. § 7A-31 (COA14-692)<br><br>2. Def's Pro Se Petition in the Alternative for Writ of Certiorari to Review Order of Superior Court of Henderson County | 1. Denied<br><br>2. Denied |
| 471P14 | John Price v. State of N.C. Office of the State Auditor | 1. State's PDR Under N.C.G.S. § 7A-31 (COA14-375)<br><br>2. State's Motion for Consolidation<br><br>3. Petitioner's Motion to Dismiss PDR<br><br>4. Respondent's Motion for Leave to File Reply Brief to Response to Motion to Dismiss<br><br>5. Motion to Appear | 1.<br><br>2. Denied **04/09/2015**<br><br>3.<br><br>4.<br><br>5.<br><br>**Ervin, J., recused** |
| 474P14 | State v. Corey Deon Floyd | 1. State's Motion for Temporary Stay (COA14-533)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/31/2015**<br><br>2. Allowed<br><br>3. Allowed<br><br>**Ervin, J., recused** |
| 476P14 | State v. James M. Roberts | 1. Def's Motion for Temporary Stay (COA14-175)<br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **12/31/2014** Dissolved **04/09/2015**<br><br>2. Denied<br><br>3. Denied<br><br>**Ervin, J., recused** |
| 538P00-3 | State v. Smittie James | Def's PWC to Review Order of Superior Court of Northampton County | Dismissed |